UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CURTIS ANTOINE KEIL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-9410** |
| **SANDY MCCAIN, WARDEN** | **SECTION "I"(4)** |

# O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the failure of any party to file an objection to the Chief Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Curtis Antoine Keil's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 11th day of June, 2019.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**